**UNITED STATES DISTRICT COURT**
WESTERN DISTRICT OF WASHINGTON
UNITED STATES COURTHOUSE
700 STEWART STREET
SEATTLE, WASHINGTON 98101

**ROBERT S. LASNIK**
  DISTRICT JUDGE                                                                                    (206) 370-8810

January 6, 2022

Elizabeth Ann Hanley              Diana S. Shukis
Lindsay Halm                      Andrea L. Bradford
Ashley Gomez                      Foster Garvey PC
Schroeter Goldmark & Bender       1111 3rd Avenue, Ste. 3000
401 Union St. Ste. 3400           Seattle, WA 98101
Seattle, WA 98101

**Delivered Via CM/ECF**

  RE:   Eickelmann v. Public Hospital District No 1 of King County,
        No. C21-927-RSL
        Stipulated Protective Order

Dear Counsel:

On January 4, 2022, the Court received your "Stipulated Protective Order." (Dkt. # 14).

Pursuant to Fed. R. Civ. P. 26(c), protective orders may be entered to protect confidential commercial information and/or to limit the scope of specific disclosures. Such protective orders may issue upon a showing of good cause.

Although parties may agree on confidentiality among themselves, when they request that the Court be involved, the proposed order must be narrowly drawn, identifying both the type of information that is to be protected and, if not obvious, the reason such protection is warranted. The order must also comply with the applicable federal and local procedural rules.

The stipulated protective order submitted in this case is deficient in the following respect:

The description of "confidential" material as including "proprietary business and/or competitive strategy information of VMC" is too broad. Any protective order entered by the Court must be narrowly drawn and clearly identify the class or type of documents subject to the order.

The stipulated protective order received by the Court will remain lodged in the file but will not be entered. The parties may resubmit a proposed order if they remedy the deficiency identified in this letter.

                                        Sincerely,

                                        Robert S. Lasnik
                                        United States District Judge