Hon. John H. Chun

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LAURA EICKELMANN,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>PUBLIC HOSPITAL DISTRICT NO. 1 OF KING COUNTY, WASHINGTON D/B/A VALLEY MEDICAL CENTER,<br><br>　　　　　　Defendant. | No.  2:21-cv-00927 JHC<br><br>STIPULATION AND ORDER OF DISMISSAL OF PUBLIC HOSPITAL DISTRICT NO. 1 OF KING COUNTY, WASHINGTON D/B/A VALLEY MEDICAL CENTER, WITH PREJUDICE |

IT IS HEREBY STIPULATED by and between Plaintiff Laura Eickelmann and Defendant Public Hospital District No. 1 of King County, Washington d/b/a Valley Medical Center ("Valley Medical") that all claims herein against Valley Medical be dismissed, with prejudice and without costs. The parties also agree that this order may be presented without further notice of presentation.

DATED this 18th day of July, 2022.

STIPULATION AND ORDER OF
DISMISSAL OF PUBLIC HOSPITAL
DISTRICT NO. 1 OF KING COUNTY,
WASHINGTON D/B/A VALLEY
MEDICAL CENTER, WITH PREJUDICE–
1
(Case No. 2:21-cv-00927 JHC)

SCHROETER GOLDMARK & BENDER
401 Union Street ● Suite 3400 ● Seattle, WA  98101
Phone (206) 622-8000 ● Fax (206) 682-2305

| | |
|---|---|
| SCHROETER GOLDMARK & BENDER | FOSTER GARVEY PC |
| *s/ Elizabeth A. Hanley* <br> ELIZABETH A. HANLEY, WSBA #38233 <br> LINDSAY L. HALM, WSBA #37141 <br> 401 Union Street, Suite 3400 <br> Seattle, WA 98101 <br> Phone: (206) 622-8000 <br> Fax: (206) 682-2305 <br> Email: hanley@sgb-law.com <br>        halm@sgb-law.com <br><br> *Attorneys for Plaintiff* | *s/ Diana S. Shukis* <br> DIANA S. SHUKIS, WSBA #29716 <br> ANDREA BRADFORD, WSBA #45748 <br> 1111 Third Avenue, Suite 3000 <br> Seattle, WA 98101 <br> Phone: (206) 447-4400 <br> Fax: (206) 447-9700 <br> Diana.shukis@foster.com <br> Andrea.bradford@foster.com <br><br> *Attorneys for Valley Medical Center* |

## ORDER

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the claims of the Plaintiff in the above-entitled matter against Valley Medical are dismissed, with prejudice and without costs.

DONE IN OPEN COURT this 19th day of July, 2022.

_____
HON. JOHN H. CHUN
United States District Judge

STIPULATION AND ORDER OF DISMISSAL OF PUBLIC HOSPITAL DISTRICT NO. 1 OF KING COUNTY, WASHINGTON D/B/A VALLEY MEDICAL CENTER, WITH PREJUDICE– 2
(Case No. 2:21-cv-00927 JHC)

SCHROETER GOLDMARK & BENDER
401 Union Street ● Suite 3400 ● Seattle, WA 98101
Phone (206) 622-8000 ● Fax (206) 682-2305

*Presented by*

SCHROETER GOLDMARK & BENDER

 s/ Elizabeth A. Hanley
ELIZABETH A. HANLEY, WSBA #38233
LINDSAY L. HALM, WSBA #37141
401 Union Street, Suite 3400
Seattle, WA  98101
Phone:  (206) 622-8000
Fax:  (206) 682-2305
Email: hanley@sgb-law.com
           halm@sgb-law.com

*Attorneys for Plaintiff*

*Notice of Presentation Waived*:

FOSTER GARVEY PC

 s/ Diana S. Shukis
 DIANA S. SHUKIS, WSBA #29716
 ANDREA BRADFORD, WSBA #45748
 1111 Third Avenue, Suite 3000
 Seattle, WA  98101
 Phone: (206) 447-4400
 Fax: (206) 447-9700
 Diana.shukis@foster.com
 Andrea.bradford@foster.com

 *Attorneys for Valley Medical Center*

STIPULATION AND ORDER OF DISMISSAL OF PUBLIC HOSPITAL DISTRICT NO. 1 OF KING COUNTY, WASHINGTON D/B/A VALLEY MEDICAL CENTER, WITH PREJUDICE– 3
(Case No. 2:21-cv-00927 JHC)